UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| STEPHEN INAR JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 6:16-CV-00834-MC<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will reassess the opinion evidence. The ALJ will reassess Plaintiff's residual functional capacity. The ALJ will reassess Plaintiff's ability to perform his past jobs and other jobs in the national economy, with the testimony of a vocational expert, as warranted.

Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

IT IS SO ORDERED this ___13___ day of April, 2017.

                                                                                              MICHAEL J. McSHANE<br>                                                                                              UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Martha A. Boden
MARTHA A. BODEN
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3710