Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEPHEN JACKSON,<br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br>Commissioner of Social Security,<br>Defendant. | 6:16-CV-00834-MC<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $9,908 pursuant to 42 U.S.C. § 406(b). The attorney fee of $5,414.31 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 13 day of Feb, 2018.

_____
Michael McShane
United States District Court Judge